UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

                Plaintiff,

      v.

B. ZAVODNY, *et al*.

                Defendants.

CASE NO. C10-5188BHS/JRC

ORDER DENYING PLAINTIFF'S MOTION FOR A CONTINUANCE

      This title 42 §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

      Plaintiff asks the court to extend the time for filing a response to a motion for summary judgment filed by one of the defendants in this action, William F. Paul (ECF. No. 29). The motion is DENIED.

      The court has reviewed the motion for summary judgment. Mr. Paul is entitled to dismissal from this action as a matter of law. Extending the time for a response will be of no

1 | benefit to plaintiff as Mr. Scott was found guilty of the infraction complained of and lost good
2 | time (ECF. No. 27 attached document).

3 |     The Clerk of Court is directed to send a copy of this Order to plaintiff and terminate the
4 | deadline for ECF. No. 29 on the court's calendar.

    DATED this 1st day of November, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge