UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>               Plaintiff,<br><br>       v.<br><br>B. ZAVODNY, *et al*.<br><br>               Defendants. | CASE NO. C10-5188BHS/JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the court for an extension of time to respond to defendant Hutson's motion for summary judgment. Plaintiff requests a thirty day extension until December 26, 2010 (ECF No. 55). Defendants have not responded.

The motion is GRANTED. Because of the intervening court holidays, plaintiff will have until January 7, 2011 to file his response. Defendant will have until January 14, 2011, to reply. The motion for summary judgment (ECF No. 49) will be re-noted for January 14, 2011.

ORDER - 1

The Clerk of Court is directed to send a copy of this Order to plaintiff and renote ECF.

No.49 for **January 14, 2011**.

DATED this 8th day of December 2010.

J. Richard Creatura
United States Magistrate Judge