UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

  v.

B. ZAVODNY, et al.,

    Defendant(s).

Case No. C10-5188BHS

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 59) and Plaintiff's ("Smith") objections and supplemental objections to the R&R (Dkts. 64, 66).

  This matter arises out of Smith's motion for injunctive relief, filed to collaterally challenge his placement in the Intensive Management Unit ("IMU"), a classficiation change, and a disciplinary hearing wherein he was found guilty of possessing drugs. As a result of these events, Plaintiff lost 180 days of good conduct time. Dkt. 59 at 1. On January 3, 2011, the magistrate judge filed his R&R in this matter. *Id*. On January 14, 2011, Smith filed his objections to the R&R. Dkt. 64. On January 19, 2011, Smith filed supplemental objections to the R&R. Dkt. 66.

  The Court agrees with the magistrate judge that Smith cannot challenge the guilty findings or the loss of good time in this proceeding. The Court further agrees that, given the legitimate penological reason for his placement in the IMU, Smith fails to establish that such action was retaliatory. These were the bases for his motion for injunctive relief.

ORDER – 1

Smith's objections to the R&R simply reasserts arguments already properly rejected by the magistrate judge. Smith's objections also fail to adequately establish any error in the magistrate judge's R&R that would warrant declining to adopt the R&R.

Additionally, the Court agrees that Smith shall not be granted *in forma pauperis* status on appeal pursuant to 28 U.S.C. 1915(a)(3).

Therefore, the Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1) Smith's objections are **OVERRULED**;

(2) The R&R is **ADOPTED**;

(3) Smith's motion for injunctive relief is **DENIED**; and

(4) Smith shall not be granted *in forma pauperis* status should he elect to appeal this order.

DATED this 2nd day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2