UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

               Plaintiff,

     v.

B. ZAVODNY, *et al*.

               Defendants.

CASE NO. C10-5188BHS/JRC

ORDER

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. On June 23, 2010, the court entered a scheduling order in this case (ECF No. 16). A joint status report was due on or before March 18, 2011. The report has not been filed.

The parties are directed to confer telephonically and submit a report as soon as possible. If a report has not been received by May 20, 2011, the court will consider sanctions, which may include monetary fines and or dismissal of the action.

ORDER - 1

| | |
|---|---|
| 1 | The Clerk of Court is directed to send a copy of this Order to plaintiff and note the May |
| 2 | 20, 2011 deadline. |
| 3 | DATED this 2nd day of May, 2011. |

J. Richard Creatura
United States Magistrate Judge

ORDER - 2