UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>           Plaintiff,<br><br>    v.<br><br>B. ZAVODNY, et al.,<br><br>           Defendants. | CASE NO. C10-5188BHS<br><br>MINUTE ORDER |

NOW, on this 1st day of May, 2012, the Court directs the Clerk to enter the following Minute Order:

Plaintiff Scott C. Smith filed a motion for preliminary injunction (Dkt. 104) asking the Court to enjoin prison personnel from "retaliating" against Smith for his current lawsuit alleging retaliation against Defendants. Smith is no longer incarcerated at the prison at which Defendants are employed and the personnel whose actions Smith complains of in the motion are not parties to this action. Accordingly, the Court concludes that Smith's motion for preliminary injunction (Dkt. 104) is denied as the motion does not involve parties to this lawsuit.

The foregoing Minute Order was authorized by the Honorable BENJAMIN H. SETTLE, United States District Judge.

      /s/ Trish Graham
Trish Graham
Judicial Assistant